UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Maria U.C.G. and Sonia M.M.C., | Civ. No. 26-439 (JWB/LIB) |
| Petitioners, | |
| v. | |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*, | **ORDER** |
| Respondents. | |

---

Petitioners Maria U.C.G. and Sonia M.M.C. filed a joint Petition for a Writ of Habeas Corpus. (Doc. No. 1.) For purposes of managing the docket, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed to initiate one new proceeding using the Petition for a Writ of Habeas Corpus (Doc. No. 1) that initiated this action as the pleading in that matter. Sonia M.M.C. shall be the Petitioner in that proceeding, while Maria U.C.G. shall remain the Petitioner in this proceeding. The matters shall be related.

2. Petitioner Sonia M.M.C. is **DISMISSED WITHOUT PREJUDICE** from this proceeding.

3. The Order for Response and Enjoining Removal from the State (Doc. No. 4) applies equally in the new proceeding. Respondents must answer both Petitions by

2

**January 21, 2026**, and shall not remove, transfer, or otherwise facilitate the removal of

Petitioners from the District of Minnesota pending further order of this Court.

Date: January 20, 2026      *s/ Jerry W. Blackwell*
                            JERRY W. BLACKWELL
                            United States District Judge