**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Maria U.C.G.,

        Petitioner,

v.

Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*,

        Respondents.

Civ. No. 26-439 (JWB/LIB)

**ORDER STRIKING CONDITIONS**

---

Sonia M.M.C.,

        Petitioner,

v.

Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*,

        Respondents.

Civ. No. 26-457 (JWB/LIB)

---

Respondents were ordered to show cause in writing by February 3, 2026, why the

orders of supervision referenced in the January 26, 2026 status reports in the above-

captioned matters should not be stricken as inconsistent with this Court's judgment. (Doc. No. 13.) Respondents have not done so.

As explained in the Order to Show Cause, Petitioners were ordered released based on the absence of lawful authority to detain them. Petitioners were to be released with their existing conditional release orders from November 2022 to remain in place—that is, restored to their previous posture prior to the unlawful detention. The release orders did not otherwise authorize conditional release, supervision, or the reimposition of preexisting restrictions in a newly issued instrument, nor did it reserve such determinations to Respondents for imposition at the time of Petitioners' release.

## ORDER

Accordingly, **IT IS HEREBY ORDERED** that any conditions imposed by Respondents on the above-named Petitioners as part of their release in January 2026 are **VOID** and **STRICKEN** as inconsistent with the Orders and Judgments in these matters. (Civ. No. 26-439, Doc. Nos. 10, 11; Civ. No. 26-457, Doc. Nos. 6, 7.)

Petitioners are released subject only to their preexisting release orders from November 2022.

Date: February 5, 2026
Time: 3:43 p.m.

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge

2